# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-547-GCM

| | |
|---|---|
| WORLEY CLAIMS SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALLCAT CLAIMS SERVICES, LLC, *et al*, <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Kirby Darr Shealy, III** filed January 3, 2019 (Doc. No. 22).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Shealy is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Worley Claims Services, LLC.

**IT IS SO ORDERED.**

Signed: January 7, 2019

Graham C. Mullen
United States District Judge