IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-547-KDB-DCK

| | | |
|---|---|---|
| WORLEY CLAIMS SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOM JEFFERIES; TIM SIMMONS; | ) | |
| ROBERT WILKEY and ALLCAT CLAIMS | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 37) filed by Kimberly J. Kirk, concerning David E. Stevens on August 1, 2019. David E. Stevens seeks to appear as counsel *pro hac vice* for Defendants Tom Jefferies, Tim Simmons, Robert Wilkey, and Allcat Claims Services, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 37) is **GRANTED**. David E. Stevens is hereby admitted *pro hac vice* to represent Defendants Tom Jefferies, Tim Simmons, Robert Wilkey, and Allcat Claims Services, LLC.

**SO ORDERED**.

Signed: August 1, 2019

David C. Keesler
United States Magistrate Judge